IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-13-189 |
| | § | |
| SASHA CHIARA RATTA | § | |

**O R D E R**

The defendant filed a sealed letter motion for appointment of new counsel, (Docket Entry No. 28). The court held a hearing on the defendant's request. The motion is granted. The magistrate judge will appoint new counsel for the defendant.

SIGNED on June 11, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge